1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   Assistant U.S. Attorney
3  501 I Street, suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. Cr. S-98-450 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MOTION FOR LEAVE TO DISMISS |
| | ) | PURSUANT TO RULE 48(a); |
| STEPHEN D. OLES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The United States of America hereby moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment as to defendant Stephen D. Oles in this case. In support thereof, the United States represents as follows:

   1.  This case was indicted on October 30, 1998.  The indictment charged defendants Dr. Roger Mathews, Stephen D. Oles and Debbie Misewicz with conspiracy, wire fraud and securities fraud offenses, arising from a fraudulent high yield investment scheme. C.R. 1.  In September 1998, defendant Stephen D. Oles was also indicted in the Southern District of West Virginia in connection with a separate fraudulent high yield investment scheme.  Defendant Oles was arraigned before this Court on December 17, 1998, and pleaded not guilty. C.R. 9.  Defendant Mathews also appeared, and the charges

1

1  against defendant Misewicz were initially referred to the Southern
2  District of Florida pursuant to Rule 20. C.R. 5, 20.  (Defendant
3  Misewicz was subsequently charged in a separate case in the Fresno
4  Division of this District, was arrested, and appeared in this
5  district.  Charges against her were later transferred to the Fresno
6  Division for consolidated proceedings there. C.R. 29, 34, 42, 44).

7  2.  Defendant Oles was placed on pretrial restrictions in the
8  West Virginia case, and he was released in this case on conditions
9  that incorporated the conditions imposed in West Virginia. C.R. 9,
10 10.  Those conditions included home detention at his home in the
11 Southern District of California, with electronic monitoring via an
12 ankle bracelet.

13 3.  On February 26, 1999, defendant Mathews changed his plea of
14 guilty pursuant to a plea agreement. C.R. 19, 20.  On or about
15 August 18, 1999, as trial dates were nearing in the West Virginia
16 case and in this case, defendant Oles absconded from supervision in
17 the Southern District of California.  On August 19, 1999, the
18 Government filed an Ex Parte Motion to Revoke Defendant Oles'
19 Release, and an arrest warrant was issued.  C.R. 27, 47-49.  A
20 warrant for Oles' arrest was also issued in the Southern District of
21 West Virginia.
22 It was later learned that Oles fled to Mexico, and then to Europe.

23 4.  In March 2002, Oles was arrested in Dublin, Ireland,
24 shortly before he was to have boarded a plane to Holland.  The
25 Government sought his extradition from Ireland in connection with
26 both this case and the West Virginia case.  On December 3, 2003,
27 Oles was indicted in this district for failure to appear. <u>United</u>
28 <u>States v. Stephen Oles</u>, Cr. S-03-511 GEB.  Ireland did not honor the

2

extradition request, and Oles subsequently fled from Ireland.

5.  In 2003, Oles was arrested in the United Kingdom, and charge with fraud in connection with an unrelated investment fraud scheme.  In 2004, Oles was prosecuted and convicted in the United Kingdom, and began serving a prison sentence there.  The Government sought the extradition of Oles from the United Kingdom.  In late 2006, the United Kingdom extradited Oles, and he appeared in the Southern District of West Virginia.

6.  On December 4, 2006, defendant Oles signed a plea agreement in the Southern District of West Virginia, pursuant to which he agreed to plead guilty to conspiracy, wire fraud and obstruction of justice charges in that district.  Pursuant to the agreement, which was signed by Assistant U.S. Attorneys handling both the West Virginia case and this case in this district, Oles' conduct in the Eastern District of California case was to be considered as relevant conduct at sentencing in the West Virginia case, and victims in this district were to be included in the restitution ordered in that case.  In exchange, the Government agreed to dismiss this case and the failure to appear case in this district.  On January 16, 2007, defendant Oles pleaded guilty in U.S. District Court in Charleston, West Virginia pursuant to the plea agreement.

7.  On April 16, 2007, defendant Oles was sentenced in U.S. District Court in the Southern District of West Virginia to 121 months in prison, and ordered to pay $2,023,057 to victims, including the victims in this case.  Accordingly, pursuant to the plea agreement with defendant Oles, the Government now seeks leave

///

///

3

1  to dismiss the indictment in this case as to defendant Stephen D.
2  Oles.

4  Date: April 18, 2007                    Respectfully Submitted,

                                           McGREGOR W. SCOTT
                                           United States Attorney

                                            /S/ Benjamin Wagner
                                       By:_____
                                           BENJAMIN B. WAGNER
                                           Assistant U.S. Attorney

4

1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   Assistant U.S. Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. Cr. S-98-450 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER DISMISSING INDICTMENT |
| | ) | |
| STEPHEN D. OLES, | ) | |
| | ) | |
| Defendant. | ) | |

The United States has moved pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure for leave to dismiss the Indictment as to Defendant Stephen D. Oles, the defendant having been sentenced to ten years in prison in a similar case pending in the Southern District of West Virginia.  Good cause having been shown, leave to dismiss the Indictment is **GRANTED**, and the Indictment is hereby **DISMISSED**.

Dated:  April 19, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

5